Gerald Scott Haislet, Attorney at Law
SBN: 184737
986 Moraga Road
Lafayette, California 94549
Phone: 925-283-1031
Fax: 925-283-3850

Attorney for PPM Real Estate Inc, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA. OAKLAND

| | | |
|---|---|---|
| PPM Real Estate Inc. <br> dba: Professional Property Management, <br>          Petitioner <br>          v. <br><br> Secretary of Treasury <br> United States Department of the Treasury <br> Internal Revenue Service, <br>          Respondent <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: C11-02563CW <br><br> Motion of Withdrawal of <br> Petition to Quash Summons <br><br> 26 U.S.C. §7609 |

Petitioner brings this motion of withdrawal of petition to quash Internal Revenue Service ("IRS") summonses.

<u>Background:</u>

1. On May 26, 2011, Petitioner filed petition ("Petition") to quash summonses issued by Respondent on May 6, 2011 to Wells Fargo Bank and Union Bank. The case for the Petition was assigned to Judge Wilken. A case management conference is scheduled to be held on September 6, 2011 at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

2. No opposition to the Petition has been filed by the Respondent.

Motion of Withdrawal of Petition to Quash Summons   26 U.S.C. §7609    page 1

3. Respondent has withdrawn the summonses issued to Wells Fargo Bank and Union Bank as evidenced by the letters in Exhibit "A".

4. Petitioner respectfully withdraws the Petition.

5. Petitioner requests that the Court dismiss the Petition without prejudice.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Dated this 7th day of June, 2011.

_____
Gerald Scott Haislet
Attorney for PPM Real Estate Inc.

Motion of Withdrawal of Petition to Quash Summons   26 U.S.C. §7609   page 2

**PROOF OF SERVICE**

Re: PPM Real Estate Inc. v. Internal Revenue Service          Case No: C11-02563CW
Motion of Withdrawal of Petition to Quash Summons   26 U.S.C. §7609

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

    I am a citizen of the United States and a resident of the County of Contra Costa; I am over the age of eighteen years and not a party to above-entitled action. My business address is 986 Moraga Road, Lafayette, California 94549.

  On June 7, 2011, I served the within Motion of Withdrawal of Petition to Quash Summons 26 U.S.C. §7609 and Order for Motion of Withdrawal on the following via US certified mail:

Department of the Treasury                 Union Bank, NA
Internal Revenue Service                   Legal Process Department
Attn: Jose Arteaga, Revenue Officer        Attn: Toi Wilson
4830 Business Center Drive, Ste 250        P. O. Box 30240
Fairfield, CA  94534                       Los Angeles, CA 90003

Wells Fargo Bank, NA
Subpoena Processing Division
P. O. Box 8667 Y1372-110
Philadelphia, PA 19101

On June 7, 2011, I served the within Motion of Withdrawal of Petition to Quash Summons 26 U.S.C. §7609 and Order for Motion of Withdrawal on the following via facsimile:

Department of the Treasury                 Union Bank, NA
Internal Revenue Service                   Legal Process Department
Attn: Jose Arteaga, Revenue Officer        Attn: Toi Wilson
Fax Number: 707-863-0126                   Fax Number: 323-278-4770

Wells Fargo Bank, NA
Subpoena Processing Division
Fax Number: 704-427-3686

    I declare under penalty of perjury under all of the laws of the State of California that the foregoing is true and correct.

Executed on June 7, 2011 at Lafayette, California.


_____
Linda C. Rhodes



Motion of Withdrawal of Petition to Quash Summons   26 U.S.C. §7609     page 3