Gerald Scott Haislet, Attorney at Law
SBN: 184737
986 Moraga Road
Lafayette, California 94549
Phone: 925-283-1031
Fax: 925-283-3850

Attorney for PPM Real Estate Inc, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA. OAKLAND

| | |
|---|---|
| PPM Real Estate Inc. )<br>dba: Professional Property Management, )<br>        Petitioner )<br>        v. )<br> )<br>Secretary of Treasury )<br>United States Department of the Treasury )<br>Internal Revenue Service, )<br>        Respondent )<br>_____) | Case No.: C11-02563CW<br><br>Order for Motion of Withdrawal<br>of Petition to Quash Summons<br><br><br>26 U.S.C. §7609 |

Petitioner upon having moved to withdraw its Petition to Quash Summons (26 U.S.C. §7609) in the captioned case, the Court grants Petitioner's motion to withdraw said Petition without prejudice. The Clerk shall close the file.

Dated this 13th day of July, 2011.

_____
Claudia Wilken
United States District Judge

Order for Motion of Withdrawal of Petition to Quash Summons   26 U.S.C. §7609    page 1